UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN GLOVER, JR.,<br><br>　　　　Petitioner,<br>　v.<br>WARDEN REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 3:22-cv-00207-MMD-CSD<br><br>ORDER |

　　　Respondents seek an extension of time to file their answer. (ECF No. 37.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 37) is granted. Respondents have until November 26, 2024, to file their answer.

　　　DATED THIS 4th Day of October 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE