UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN GLOVER, JR.,<br><br>      Petitioner,<br>  v.<br><br>WARDEN REUBART, *et al.*,<br><br>      Respondents. | Case No. 3:22-cv-00207-MMD-CSD<br><br>ORDER |

  In this habeas corpus action, Respondents seek an extension of time to file their answer. (ECF No. 39 ("Motion").) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

  It is therefore ordered that Respondents' second unopposed motion for enlargement of time to answer the first amended petition (ECF No. 39) is granted. Respondents have until February 4, 2025, to file their answer.

  DATED THIS 25th Day of November 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE