# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN GLOVER, JR., | Case No. 3:22-cv-00207-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN REUBART, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply. (ECF No. 42.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and thus that good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 42) is granted. Petitioner has until June 6, 2025, to file his reply.

DATED THIS 25th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE