UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN GLOVER, JR., | Case No. 3:22-cv-00207-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN REUBART, *et al.*, | |
| Respondents. | |

Before the Court in this habeas matter is Respondents' Motion for Clarification (ECF No. 45 ("Motion")). Petitioner filed a non-opposition to Respondents' Motion. (ECF No. 46).

Respondents request clarification as to whether they must file a response to Glover's reply per the Court's October 3, 2022, scheduling order. Any reference to a response to reply provided in the Court's October 3, 2022, scheduling order was in error and Respondents need not file a response to Glover's reply.

It is therefore ordered that Respondents' Motion for Clarification (ECF No. 45) is granted.

DATED THIS 23rd Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE