Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_Kirshbaum@fd.org

*Attorney for Petitioner Shawn Glover, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Glover, Jr.<br><br>    Petitioner,<br><br>  v.<br><br>Jeremy Bean, *et al.*,<br><br>    Respondents. | Case No. 3:22-cv-00207-MMD-CSD<br><br>**Notice of Appeal** |

Petitioner Shawn Glover, Jr. appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered September 17, 2025, and Judgment Denying Petition entered on September 18, 2025. *See* ECF Nos. 48, 49, 50.

Dated October 14, 2025.

                                                                   Respectfully submitted,

                                                                   Rene L. Valladares
                                                                   Federal Public Defender

                                                                 */s/ Jonathan M. Kirshbaum*
                                                                 Jonathan M. Kirshbaum
                                                                Assistant Federal Public Defender